**CASE NO.: 22-16440**

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

KIRSTIN BLAISE LOBATO,

           Plaintiff-Appellee,

    vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; THOMAS THOWSEN; AND JAMES LAROCHELLE,

           Defendants-Appellants.

Appeal from the United States district court
District of Nevada, Las Vegas
Case No.: 2:19-CV-01273-RFB-EJY

**DEFENDANTS-APPELLANTS' MOTION TO
TRANSMIT PHYSICAL EXHIBIT**

Marquis Aurbach
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   *Attorneys for Defendants-
   Appellants, Las Vegas Metropolitan
   Police Department, Thomas
   Thowsen, and James LaRochelle*

Defendants-Appellants Las Vegas Metropolitan Police Department, Thomas Thowsen, and James LaRochelle ("LVMPD Defendants"), by and through their counsel of record, the law firm of Marquis Aurbach, hereby move this Court for leave to transmit audio recordings of witness statements on disk ("witness statements") in accordance with FRAP 27 and Circuit Rule 27-14.

The proposed physical exhibits are the audio recordings of the witness statements taken during the homicide investigation of Duran Bailey. That investigation and the subsequent criminal proceedings gave rise to the allegations in the federal district court case below. The witness statements were submitted by the LVMPD Defendants as part of ECF No. 67, LVMPD Defendants' Motion for Summary Judgment as Exhibit E. *See* 21-ER-4970 (Docket at ECF 68 Notice of Manual Filing).

The LVMPD Defendants have cited to the witness statements in their brief and believe that review of the witness statements, particularly Kirstin Lobato's statement, is necessary to resolve the issues on appeal. The witness statements were before the district court and were considered by the court in making its decision below. *See generally* 1-ER-2-30.

MAC:14687-221 4969725_1.docx 1/27/2023 11:32 AM

Counsel for the LVMPD Defendants contacted Plaintiff-Appellant' counsel regarding this motion on January 26, 2023, and they do not intend to oppose this motion.

Because the witness statements were before the court below and were considered in rendering its order on summary judgment, the LVMPD Defendants respectfully request an order permitting them to transmit the witness statements on disk to the Court.

Dated this 27th day of January, 2023.

MARQUIS AURBACH

By */s/ Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants-Appellants, Las Vegas Metropolitan Police Department, Thomas Thowsen, and James LaRochelle*

MAC:14687-221 4969725_1.docx 1/27/2023 11:32 AM

## CERTIFICATE OF COMPLIANCE

1.     I hereby certify that this motion complies with the formatting requirements of FRAP 27(d)(1), the typeface requirements of FRAP 32(a)(5) and the type style requirements of FRAP 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

2.     I further certify that this motion complies with the page- or type-volume limitations of FRAP 27(d)(2) because it contains 618 words.

Dated this 27th day of January, 2023.

MARQUIS AURBACH


By */s/ Craig R. Anderson*
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada  89145
    *Attorneys for Defendants-Appellants, Las*
    *Vegas Metropolitan Police Department,*
    *Thomas Thowsen, and James LaRochelle*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS-APPELLANTS' MOTION TO TRANSMIT PHYSICAL EXHIBIT** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on the 27th day of January, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:


*/s/ Leah Dell*
An employee of Marquis Aurbach

MAC:14687-221 4969725_1.docx 1/27/2023 11:32 AM